**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

SCOTT D ROWE

      VS                              CIVIL CASE NO.  3:19cv556-MCR/GRJ

3M COMPANY

**NOTICE REGARDING ADMISSION TO PRACTICE**

**To:**

    Muhammad S. Aziz
    Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz
    800 Commerce Street
    Houston, TX 77002

      The above-styled case has been transferred to the Northern District of Florida

and you are listed as counsel or co-counsel of record for **Plaintiff**.  Our records indicate,

however, that you are not admitted to the bar of this District.

      In order for you to file pleadings and appear as counsel of record in this action,

you will need to apply for admission.  Please refer to N.D. Fla. Loc. R. 11.1, which is

available on our website:  www.flnd.uscourts.gov.  Please also review the admission

requirements under "Attorney Resources" on our website and govern yourself

accordingly.   You **must** be admitted to practice in the Northern District of Florida before

you may proceed further as counsel of record in the above-styled case.

                              JESSICA J. LYUBLANOVITS,
                              Clerk of Court

4/10/19_____           /s/Donna Bajzik_____
DATE:                         Deputy Clerk: